IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROXANE TISO : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v.  : | |
| : | NO. 13-0253 |
| BUCKS COUNTY CLEANING, INC. : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this *22nd* day of *May*, 2013, upon consideration of Defendant Bucks County Cleaning, Inc.'s Motion to Dismiss (Docket No. 5), Plaintiff Roxane Tiso's Response in Opposition (Docket No. 9), and Defendant's Reply Brief (Docket No. 10), it is hereby **ORDERED** that Defendant's Motion is **DENIED.**

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.